287 F.2d 567
 STERLING OIL COMPANY OF OKLAHOMA, INC., and
Australian-American Oil Company, Pty., Ltd.,
v.
CORDILLERA MINING COMPANY.
 No. 6434.
 United States Court of Appeals Tenth Circuit.
 Sept. 12, 1960.
 
 Gordon F. Rainey, Oklahoma City, Okl., for appellants.
 R. C. Jopling, Jr., Oklahoma City, Okl., John L. Hauer, and William H. Tinsley, Dallas, Tex., for appellee.
 Before MURRAH, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation.